**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| HOLGER FIALLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:20-cv-04141-GCS |
| v. | ) | |
| | ) | |
| BREWDOG BREWING COMPANY LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant BrewDog Brewing Company LLC ("BrewDog"), by its undersigned counsel, respectfully requests an extension of time, up to and including September 11, 2020, to answer, move, or otherwise respond to the Complaint (ECF No. 1). In support of its Motion, Defendant BrewDog states as follows:

1. This action was commenced by the filing of the Complaint on July 14, 2020. (EFC No. 1.)

2. Defendant BrewDog's response to the Complaint is due on August 11, 2020. Counsel for BrewDog was recently retained, and requires additional time to assess the claims and prepare a response to the Complaint.

3. Counsel for BrewDog conferred with Plaintiff's counsel, who consented to BrewDog's requested extension of time to answer, move, or otherwise plead to the Complaint up to and including September 11, 2020. Thus, the Motion is filed as agreed.

4. No prior extension of time has been sought in this matter and this Motion is filed in good faith and is not interposed for the purposes of delay.

WHEREFORE, BrewDog respectfully requests that it be granted an extension of time up to and including September 11, 2020, to answer, move, or otherwise respond to the Complaint.

Dated: August 11, 2020

Respectfully submitted,

*/s/ Julius C. Carter*

Julius C. Carter
**DENTONS US LLP**
233 South Wacker Dr., Suite 5900
Chicago, Illinois 60606
(312) 876-8000 - telephone
(312) 876-7934 - facsimile
*julius.carter@dentons.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2020 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Julius C. Carter*