IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>Plaintiff,<br><br>v.<br><br>BREWDOG BREWING COMPANY LLC,<br><br><br>Defendant. | Civil Action No. 1:20-cv-04141<br><br>STIPULATION FOR DISMISSAL |

## STIPULATION FOR DISMISSAL

Plaintiff, Holger Fiallo, and Defendant, Brewdog Brewing Company, LLC, by and through their undersigned counsel, hereby stipulate that:

1.     This action shall be DISMISSED, with prejudice, as between all parties, and;

2.     Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 20, 2020

NYE STIRLING, HALE &
MILLER, LLP

By:   _/s/ Benjamin J. Sweet_
Benjamin J. Sweet, Esq.
ben@nshmlaw.com
1145 Bower Hill Road, Ste 104
Pittsburgh, PA 15243
Phone: (412) 857-5350

*Attorneys for Plaintiff*

O'HAGAN MEYER LLC

By:   _/s/ Ryan T. Benson_
Ryan T. Benson, Esq.
rbenson@ohaganmeyer.com
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
Phone: (312) 422-6100

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 20th day of November, 2020.

<i>/s/ Benjamin J. Sweet</i><br>
Benjamin J. Sweet